UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK Attorney: TAKEROOT JUSTICE

ROBIN ENRIQUE MOLINA, ETAL

Plaintiff(s)

Index # 1:22-CV-00864 DG-TAM

- against -

Purchased February 22, 2022

RICHARD XIA A/K/A YI XIA, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 26, 2022 at 09:00 AM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS AND FIRST AMENDED COMPLAINT & JURY DEMAND on GOTHAM FRAMING, INC. therein named,

**SECRETARY OF STATE** a Domestic corporation by delivering two true copies to NANCY DOUGHERTY, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 306 of the Business Corporation Law and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 60 | 5'4 | 145 |

Sworn to me on: April 29, 2022

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2023

VINETTA BREWER
Notary Public, State of New York
No. 01BR4949206
Qualified in Bronx County
Commission Expires April 3, 2023

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Commission Expires February 10, 2026

**STEVEN C. AVERY**

Invoice #: 784048

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045

UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK   Attorney: TARTER ET JUSTICE

| | | |
|---|---|---|
| ROBIN ENRIQUE MOLINA, ETAL | Plaintiff(s) | Index # 1:22-CV-00864 DG-TAM |
| - against - | | |
| RICHARD XIA A/K/A YI XIA, ETAL | | Purchased February 22, 2022 |
| | Defendant(s) | **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 26, 2022 at 09:00 AM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS AND FIRST AMENDED COMPLAINT & JURY DEMAND on GOTHAM FRAMING, INC. therein named,

**SECRETARY OF STATE**   a Domestic corporation by delivering two true copies to NANCY DOUGHERTY, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 306 of the Business Corporation Law and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 60 | 5'4 | 145 |

Sworn to me on: April 29, 2022

| JOSEPH KNIGHT | VINETTA BREWER | JOEL GRABER | **STEVEN C. AVERY** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 01KN6178241 | No. 01BR4949206 | No. 02GR4699723 | |
| Qualified In New York County | Qualified in Bronx County | Qualified in New York County | |
| Commission Expires November 26, 2023 | Commission Expires April 3, 2023 | Commission Expires February 10, 2026 | Invoice #: 784048 |

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728  NYCDCA#1102045