

114 STANTON STREET #5 NEW YORK NY 10002
[**C**]+1.646.992.9213 | [**T**]+1.888.815.0203 | [**F**]+1.888.583.9968
**NETTLE-LAW.COM**

Brian 'Geno' Nettle
geno@nettle-law.com

July 07, 2022

**VIA ECF**

Honorable Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11202

      Re:    Molina et al v. Xia et al.
             1:22-cv-00864 (DG) (TAM)

Dear Judge Merkl:

    As counsels for the plaintiffs in this matter, we respectfully submit this letter jointly, with Defendants' counsel, pursuant to the Court's text order dated June 10, 2022.

**Notices of Appearance for Defendants**

    On June 9 and June 13, 2022, Defendants' counsel Paul F. Millus, Esq. Daniel B. Rinaldi, and Randall T. Eng, of Meyer, Suozzi, English & Klein, P.C., filed Notices of Appearance for Defendants Richard Xia, a/k/a Yi Xia, Fleet Financial Group, Inc., X & Y Development Group, LLC, and Perini Group, Inc. See Doc. Nos. 18-20.

    Following the filed Notices of Appearance, the parties conferenced, and Defendants' counsel agreed to sign Waivers of the Service of Summons.

**Waiver of Service of the Summons**

    On June 23, 2022, Defendants' counsel signed Waivers of the Service of Summons for Defendants Richard Xia, a/k/a Yi Xia, Fleet Financial Group, Inc., X & Y Development Group , but not Perini Group, Inc. See Doc. Nos. 21-23.

**Defendants' deadline to file an Answer to Plaintiff's Amended Complaint**

Pursuant to Fed. R. Civ. P. 4 (d)(3), Defendants' deadline to file an Answer to Plaintiffs' Amended Complaint is August 22, 2022.

Respectfully submitted,

/s/ Brian Nettle
Nettle Law
114 Stanton Street #5
New York, NY 10002

/s/ Naoki Fujita
TakeRoot Justice
123 William St., Flr 16
New York, NY 10038

MEYER SUOZZI ENGLISH & KLEIN P.C.

   s/*Paul F. Millus*
By: Paul F. Millus
    990 Steward Avenue
    Garden City, New York 11001
    (516) 592-5933