UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

ROBIN ENRIQUE MOLINA, ALEXANDER FRANCO ARANGO, CASTRO HERNANDEZ BREINER ANDREA, GLORIA MABEL ALVARENGA YANEZ, JOSUE CUEVAS, JUAN PABLO CASTILLO MARCA, LIZ NATALIA ALVARENGA PEREIRA, MANUEL ANDRES MARTINEZ RUIZ, SEBASTIAN IGNACIO VEAS DIAZ, WILFREDO RAMOS ORTIZ, BETZABETH THALÍA URRUTIA FERNANDEZ, AND CARLOS ALMARZA,

Case No.
22-cv-00864-PKC-RER

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

                                        Plaintiffs,
       -against-

RICHARD XIA, a/k/a YI XIA, FLEET FINANCIAL GROUP, INC., X & Y DEVELOPMENT GROUP, LLC, PERINI GROUP, INC., AND GOTHAM FRAMING, INC.,

                                        Defendants.
-----------------------------------------------------------------------X

PLEASE TAKE NOTICE that, upon the annexed Declaration of Paul F. Millus, Esq. dated August 1, 2023, attorney Paul F. Millus, Esq. will move the Honorable Pamela K. Chen, United States District Court Judge, United States District Court for the Eastern District of New York, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York on August 22, 2023 at 10:00 a.m. (or at a date and time set by the Court), for an Order, pursuant to Local Civil Rule 1.4, for leave to withdraw as counsel for Defendants Richard Xia, a/k/a Yi Xia, Fleet Financial Group, Inc., X & Y Development Group, LLC and Perini Group, Inc., and such other and further relief as the Court deems just and proper.

Dated: Garden City, New York
       August 1, 2023

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

By: _____*s/ Paul F. Millus*_____
      Paul F. Millus
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530
(516) 741-6565
pmillus@msek.com

TO:   Naoki P. Fujita, Esq.
       Sumantra T. Sinha, Esq.
       TakeRoot Justice
       123 William Street, Floor 16
       New York, NY 10038
       Tel: 646-923-8315
       nfujita@takerootjustice.org
       tsinha@takerootjustice.org
       *Attorneys for Plaintiffs*
       By ECF and Email

       Richard Xia
       42-31 Union Street, 10F
       Flushing, New York 11355
       (By Overnight Mail and Email)

       Mark C. Rifkin, Esq.
       Wolf Haldenstein Adler Freeman & Herz LLP
       270 Madison Avenue
       New York, New York 10016
       *Defendants' Attorney in the SEC Action*
       By Email

5677897