# HANTMAN & ASSOCIATES

ATTORNEYS AT LAW
1120 Avenue of the Americas
4th Floor
New York, New York 10036
(P) 212-684-3933
(F) 212-465-2192
www.Hantmanlaw.com

**ROBERT J. HANTMAN**
rhantman@hantmanlaw.com
New York, New Jersey, & Florida Bars

**BY ECF**                                                                                              September 14, 2024

The Honorable Joseph A. Marutollo
United States District Judge
United States District Court, Eastern District
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *Molina et al v. Xia, et al.* U.S. Dist. Ct., Dkt. No. 1:22-cv-00864-PKC-JAM,
    Ex Parte Settlement Letter

Dear Judge Marutollo:

  I am writing as counsel for the Defendants in the above-referenced matter to respectfully request the Court's permission to proceed with the settlement conference scheduled for Monday, September 16, 2024, in a virtual format. Unfortunately, I am currently out of state, in Florida due to a case sited there and will be unable to attend the conference in person. However, I am available and prepared to participate virtually. If this does not work we request an adjournment pf the conference until September 26th, 2024 or another date.

  I have requested consent from Plaintiffs' Counsel, but have not yet received a response from them, but continue to remain committed to cooperating and collaborating with the parties in this matter to reach an amicable resolution.

  I apologize for any inconvenience this may cause and appreciate the Court's attention to this matter. I remain available to address any questions or concerns the Court may have.

              Respectfully,
              */s/* Robert Hantman

              Robert J. Hantman, Esq. (*pro hac vice*)
              HANTMAN & ASSOCIATES
              www.hantmanlaw.com
              1120 Avenue of the Americas 4th Floor
              New York, NY 10036
              Tel: (212) 684-3933
              Fax: (646) 380-3299

| FLORIDA | NEW JERSEY | FLORIDA |
|---|---|---|
| HANTMAN & ASSOCIATES | JOSEPH J. FERRARA | ENTIN & DELLA FERA, P.A. |
| 650 WEST AVENUE | OF COUNSEL | OF COUNSEL |
| SUITE 2408 | 111 PATERSON AVENUE | 110 SE 6TH ST., SUITE 1970 |
| MIAMI BEACH, FL 33139 | HOBOKEN, NJ 07030 | FORT LAUDERDALE, FL 33301 |

PLEASE SEND ALL CORRESPONDENCE TO THE NEW YORK, NY ADDRESS LISTED ABOVE.

rhantman@hantmanlaw.com
*Attorney for Defendants*